


1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorney
3  Robert E. Coyle Federal Courthouse
   2500 Tulare Street, Room 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6            IN THE UNITED STATES DISTRICT COURT FOR THE
7                   EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      ) CASE NO. 1:06-CR-00152
                                  )
10                                )
            Plaintiff,            ) MOTION TO UNSEAL INDICTMENT; AND
11                                ) ORDER
        v.                        )
12                                )
   ROBERT THOMAS REESE,           )
13     aka Robert T. Reese,       )
                                  )
14                                )
                                  )
15          Defendant.            )
                                  )
16  _____

17       The Indictment in this case, having been sealed by Order of
18  this Court, and it appears that it no longer need remain secret.
19       The United States of America, by and through Lawrence G.
20  Brown, Acting United States Attorney, and Mark E. Cullers,
21  Assistant United States Attorney, hereby moves that the Indictment
22  in this case be unsealed and made public record.
23
    Dated: June 23, 2009           _____
24                                 MARK E. CULLERS
                                   Assistant U. S. Attorney
25

26   IT IS SO ORDERED.

27  DATED: June 23, 2009           _____
                                   GARY S. AUSTIN
28                                 United States Magistrate Judge

                                    1

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

By: [ ] COMPLAINT  [ ] INFORMATION  [X] INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

---

SEE INDICTMENT

- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [X] Felony

Place of Offense:

U.S.C. Citation: SEE INDICTMENT

**DEFENDANT -- U.S. vs.**

▶ ROBERT T. REESE

Address:

Birth Date: (Optional unless a juvenile)

[X] Male  [ ] Female  [ ] Alien (if applicable)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

[ ] this person is awaiting trial in another give name of court.

[ ] this person/proceeding is transferred from per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution previously dismissed which dismissed on motion of:
 [ ] U.S. Att'y   [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same
[ ] prior proceeding or before U.S. Magistrate this defendant were recorded

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons ▶ was served on above charges
2) [ ] Is a Fugivtive
3) [ ] Is on Bail or Realease from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [ ] Fed'  [ ] State
6) [ ] Awaiting trial on other charges
 If answer to (6) is "Yes", show name of institution

Has detainer been filed?
[ ] Yes
[ ] No

If "Yes" give date

DATE OF ARREST ▶  Mo.  Day  Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶  Mo.  Day  Year

[ ] This report amends AO 257 previously submitted

---

Name and Office of Person Furnishing information on THIS FORM: MARYANN MEDELEZ

[X] U.S. Att'y   [ ] Other U.S. Agency

Name of Asst. U.S.: MARK E. CULLERS

---

**ADDITIONAL INFORMATION OR COMMENTS**

BAIL STATUS: Issue Summons in c/o Roger Nuttall; Nuttall & Coleman; 2445 Capitol Street, Suite 150; Fresno, CA 93721: Next Court Date 7/29/09 @ 9:00 a.m.