**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
ROBERT REESE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ROBERT REESE,  Defendant. | Case No.: 1:06-CR-00152-OWW  **STIPULATION RE:**  **CHANGE OF PLEA HEARING**  And  **O R D E R** |

    A Plea Agreement has been reached in the above matter between the parties herein, and based upon that agreement:

    **IT IS HEREBY STIPULATED** by and between the parties herein that the Change of Plea hearing be scheduled to be heard on March 29, 2010, at 1:30 p.m. before the Honorable OLIVER W. WANGER.

    It is also brought to the attention of this court that there is currently scheduled a Motions hearing on Monday, March 22, 2010, and a Trial on April 6, 2010.  Counsel herein requests that both of these dates be vacated at this time to allow the Plea Agreement to proceed.

    Counsel for Defendant has been in touch with Mr. Mark Cullers, Chief United States Attorney, who has no objection to setting the hearing on that date.   Although Mr. Cullers may begin a trial on March 29th, he has advised counsel herein that an associate AUSA shall be present at this hearing.

DATED: March 17, 2010.

                              NUTTALL & COLEMAN

                              By: /s/
                                   ROGER T. NUTTALL
                                   Attorneys for Defendant
                                   JERRY L. WILLIAM

DATED: March 17, 2010.

                              By: /s/
                                   MARK CULLERS
                                   Assistant U.S. Attorney

                     \*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Change of Plea hearing shall be conducted on **March 29, 2010, at 1:30 p.m.**

DATED: _March 18, 2010.

                              /s/ OLIVER W. WANGER
                              OLIVER W. WANGER
                              Judge, U. S. District Court