1  **ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
FRESNO, CA 93721
3  PHONE (559) 233-2900
FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
ROBERT REESE
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * * * * * * *

11  UNITED STATES OF AMERICA,  | Case No.: 1:06-CR-00152-OWW

12  Plaintiff,

13  vs.  | **STIPULATION RE: CONTINUANCE OF SENTENCING**

14  ROBERT REESE,

15  Defendant.  | **AND**

16  | **O R D E R**

17

18  **IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled on June 21, 2010, at 1:30 p.m. before the Honorable OLIVER W. WANGER, be continued to **Monday, July, 19, 2010, at l:30 p.m**.

21  Counsel for Defendant requests this short continuance due to the fact that the completed Worksheet for Presentence Report prepared by the Defendant was just forwarded to Mr. Tim Mechem for his use in the preparation of his Presentence Report.  The additional time is requested in order to set up an appropriate time for an interview with Mr. Reese, for the completion of the Report, and for the filing of any objections by the Defendant or the Government.

27  Counsel's office for Defendant has been in touch with Mark Cullers, Chief United States Attorney, who has no objection to continuing the Sentencing to that date.

1  Counsel's office has also been in touch with Mr. Tim Mechem of the United States
2  Probation Office, who also has expressed no objection to such a continuance.
3  DATED:   May 3, 2010.
4                                      NUTTALL & COLEMAN

6  By: /s/
     ROGER T. NUTTALL
7       Attorneys for Defendant
     ROBERT REESE

8  DATED: May 3, 2010.

10  By: /s/
     MARK CULLERS
     Assistant U.S. Attorney

12                              ***************

## O R D E R

15  Good cause appearing,

17  **IT IS ORDERED** that the Sentencing hearing shall be conducted on **July 19, 2010, at 1:30 p.m.**

19  DATED: May 4, 2010.

21                                    __/s/ OLIVERW. WANGER
                                    OLIVER W. WANGER
                                    Judge, U. S. District Court