**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
ROBERT REESE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:06-CR-00152-OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF SENTENCING** |
| ROBERT REESE, | **AND** |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing currently scheduled on July 19, 2010, at 1:30 p.m. before the Honorable OLIVER W. WANGER, be continued to:

**Tuesday September 7, 2010, at 1:30 p.m.**

Mr. Tim Mechem, Defendant's Probation Officer, met with the Defendant on June 1, 2010, for the probation interview. Mr. Mechem has just advised counsel that Defendant's sentencing in the collateral Texas matter is in its "objection" stage. It is anticipated that the Sentencing in that case shall be scheduled during the first week of August.  Based upon this fact, all parties hereto request that the Sentencing in the instant

matter be continued to September 7, 2010, at 1:30 p.m., in order to be advised of the resolution in the Texas case which shall have an impact upon the instant case.

Defendant counsel's office has been in touch with Mark Cullers, Chief United States Attorney, who has no objection to continuing the Sentencing to that date.

Counsel's office has, of course, been in touch with Mr. Tim Mechem of the United States Probation Office, who suggested such a continuance.

DATED:   June 9, 2010.

                                        NUTTALL & COLEMAN

                                        By: /s/ROGER NUTTALL
                                              ROGER T. NUTTALL
                                              Attorneys for Defendant
                                              ROBERT REESE

DATED:   June 9, 2010.

                                        By: /s/MARK CULLERS
                                              MARK CULLERS
                                              Assistant U.S. Attorney

Good cause appearing,

**IT IS ORDERED** that the Change of Plea hearing shall be conducted on **September 7, 2010, at 1:30 p.m.**

IT IS SO ORDERED.

**Dated:   July 1, 2010**                            **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE