1  **ROGER T. NUTTALL  #42500**
   **NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
   ROBERT REESE
6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10                      * * * * * * * *

11 UNITED STATES OF            Case No.: 1:06-CR-00152-OWW
   AMERICA,
12
         Plaintiff,
13                              **STIPULATION RE: CONTINUANCE**
      vs.                              **OF SENTENCING**
14
   ROBERT REESE,                        **AND**
15
         Defendant.             **O R D E R**
16

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto

19 that the Sentencing currently scheduled on September 7, 2010, at

20 1:30 p.m. before the Honorable OLIVER W. WANGER, be continued to:

21 **November 29, 2010, at 1:30 p.m.**

22     Counsel has been advised by DEBORAH GOODALL, attorney for

23 the Defendant herein in the collateral Texas matter that although

24 the Presentence Report has been filed and all objections made, no

25 Sentencing date has yet been scheduled.  It is anticipated that

26 the Sentencing in the Texas case will probably not be scheduled

27 until the month of October, 2010.

28     Based upon this fact, all parties hereto request that the

Sentencing in the instant matter be continued to November 29, 2010, at 1:30 p.m., or December 6, 2010, in order to be advised of the resolution in the collateral Texas case which shall have an impact upon the instant case.

Defendant counsel's office has been in touch with Mark Cullers, Chief United States Attorney, who has no objection to continuing the Sentencing to that date.

DATED:   August 16, 2010.

```
                              NUTTALL & COLEMAN

                              By:  /s/ ROGER NUTTALL
                                   ROGER T. NUTTALL
                                   Attorneys for Defendant
                                   ROBERT REESE
```

DATED:   August 16, 2010.

```
                              By: /s/ MARK CULLERS
                                   MARK CULLERS
                                   Assistant U.S. Attorney
```

***********************

# **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing hearing shall be conducted on **November 29, 2010, at 1:30 p.m.**, **at 1:30 p.m.**

IT IS SO ORDERED.

**Dated:   August 20, 2010**               /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

2